IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SHARON DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>TOM VILSACK, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:16-cv-907 DB-BCW<br><br>Judge Dee Benson |

    Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on January 25, 2017, recommending: (1) that Plaintiff's Motion for Change of Venue be GRANTED and further recommending that this matter be transferred to the U.S. District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a); and (2) that Plaintiff's Motion to Extend Time for Service on Defendants be TRANSFERRED for decision by the U.S. District Court for the Western District of Arkansas.

    The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

    Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation.  Plaintiff's Motion for Change of Venue is GRANTED and this matter shall be transferred to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a); and Plaintiff's Motion to Extend Time for Service on Defendants shall be TRANSFERRED for decision by the United States District Court for the Western District of Arkansas.

    IT IS SO ORDERED.

    DATED this 28th day of February, 2017.

                                      Dee Benson
                                      United States District Judge